**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
MAL KIM

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br><br>        Plaintiff,<br><br>   vs.<br><br>DIN TAI FUNG RESTAURANT, INC. D/B/A DIN TAI FUNG; SOO PROPERTIES, LLC; and DOES 1 through 10,<br><br>        Defendants. | **Case No.: 2:20-cv-02913 SVW (GJSx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DIN TAI FUNG RESTAURANT, INC. D/B/A DIN TAI FUNG** |

    **PLEASE TAKE NOTICE** that Plaintiff MAL KIM ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant DIN TAI FUNG RESTAURANT, INC. D/B/A DIN TAI FUNG ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

(1)     *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.


DATED:  June 05, 2020          SO. CAL. EQUAL ACCESS GROUP


By:   ___*/s/  Jason Yoon*_____

Jason Yoon
Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**